Fill in this information to identify the case:

United States Bankruptcy Court for the

District of __Oregon__
(State)

Case number (if known) _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201                                                                                                          06/22

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Country Cmns LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as names*

3. **Debtor's federal Employer Identification Number (EIN)**

   82-4258498

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 812 Country Cmns. lane | |
   | Number        Street | Number        Street |
   | | P.O. Box |
   | Lake oswego      OR   97034 | |
   | City             State      ZIP Code | City             State      ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Clackamas | |
   | County | Number        Street |
   | | |
   | | City             State      ZIP Code |

5. **Debtor's website (URL)**

Case 23-31327-thp11   Doc 1   Filed 06/20/23

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|

☐ Partnership (excluding LLP)

☐ Other. Specify _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  COUNTRY CMNS LLC

Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District **Oregon**  When **02/27/2023**  Case number **23-30400 thp7**
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                            State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

Debtor   Country Cmns LLC                     Case number (if known)

13. **Debtor's estimation of available funds**

Check one
- ☒ Funds will be available for distribution to unsecured creditors
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors

14. **Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

15. **Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

16. **Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/16/23
              MM / DD / YYYY

X _____          LINDA K Moch
Signature of authorized representative of debtor      Printed name

Title   MANAGING MEMBER

Official Form 201A (12/15)   COUNTRY CMNS LLC

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for
## Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N A__ .

2. The following financial data is the latest available information and refers to the debtor's condition on 6/19/23

   a. Total assets                   $ 1,302,000

   b. Total debts (including debts listed in 2.c., below)    $ 977,486.99

   c. Debt securities held by more than 500 holders

|  |  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | 2 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |

   d. Number of shares of preferred stock

   e. Number of shares common stock

Comments, if any: _____

3. Brief description of debtor's business: REAL ESTATE LEASING AND RENTALS

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: LINDA R MOCK

Case 23-31327-thp11    Doc 1    Filed 06/20/23

Fill in this information to identify the case:

Debtor name ___Country CMNS LLC___

United States Bankruptcy Court for the _____ District of ___Oregon___
(State)

Case number (If known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1 *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

　1a **Real property:**
　　Copy line 88 from *Schedule A/B* ....................................................... $ 1,300,000.00

　1b **Total personal property:**
　　Copy line 91A from *Schedule A/B* ................................................... $ 2,000.00

　1c **Total of all property:**
　　Copy line 92 from *Schedule A/B* ..................................................... $ 1,302,000.00

---

**Part 2:** Summary of Liabilities

2 *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
　Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................. $ 977,486.49

3 *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

　3a **Total claim amounts of priority unsecured claims:**
　　Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................... $ 0.00

　3b **Total amount of claims of nonpriority amount of unsecured claims:**
　　Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............. + $ 0.00

4 **Total liabilities**
　Lines 2 + 3a + 3b ..................................................................... $ 977,486.49

Case 23-31327-thp11　　Doc 1　　Filed 06/20/23

**Fill in this information to identify the case:**

Debtor name    Country CMNS LLC

United States Bankruptcy Court for the   District of Oregon      OREGON
                                                (State)

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ☒ No  Go to Part 2
   ☐ Yes  Fill in the information below

All cash or cash equivalents owned or controlled by the debtor
                                                          Current value of debtor's interest

2. Cash on hand                                                    $_____0_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 _____ | _____ | __ __ __ __ | $_____0_____ |
| 3.2 _____ | _____ | __ __ __ __ | $_____0_____ |

4. Other cash equivalents *(Identify all)*

| | |
|---|---|
| 4.1 _____ | $_____0_____ |
| 4.2 _____ | $_____0_____ |

5. Total of Part 1
      Add lines 2 through 4 (including amounts on any additional sheets) Copy the total to line 80        $_____0_____

| Part 2: | Deposits and prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ☒ No  Go to Part 3
   ☐ Yes  Fill in the information below

                                                            Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description including name of holder of deposit

| | |
|---|---|
| 7.1 _____ | $_____0_____ |
| 7.2 _____ | $_____0_____ |

Case 23-31327-thp11    Doc 1    Filed 06/20/23

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____ $   0

     8.2 _____ $   0

9. **Total of Part 2.**
     Add lines 7 through 8  Copy the total to line 81       $   0

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**
     ☒ No  Go to Part 4.
     ☐ Yes. Fill in the information below

                                 Current value of debtor's interest

11. **Accounts receivable**

     11a 90 days old or less    _____ – _____ = →   $_____
                             face amount          doubtful or uncollectible accounts

     11b Over 90 days old    _____ – _____ = →   $_____
                             face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
     Current value on lines 11a + 11b = line 12  Copy the total to line 82    $   0

## Part 4:  Investments

13. **Does the debtor own any investments?**
     ☒ No  Go to Part 5
     ☐ Yes. Fill in the information below

                                   Valuation method       Current value of debtor's
                                   used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock
     14.1 _____ _____ $_____
     14.2 _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of entity                               % of ownership
     15.1 _____ _____% _____ $_____
     15.2 _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe
     16.1 _____ _____ $_____
     16.2 _____ _____ $_____

17. **Total of Part 4**
     Add lines 14 through 16  Copy the total to line 83    $_____   0

## Part 5:  Inventory, excluding agriculture assets

18  Does the debtor own any inventory (excluding agriculture assets)?

☒ No  Go to Part 6

☐ Yes  Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19  Raw materials | _____ MM / DD / YYYY | $_____ | | $_____ |
| 20  Work in progress | _____ MM / DD / YYYY | $_____ | | $_____ |
| 21  Finished goods, including goods held for resale | _____ MM / DD / YYYY | $_____ | | $_____ |
| 22  Other inventory or supplies | _____ MM / DD / YYYY | $_____ | | $_____ |

23  Total of Part 5

Add lines 19 through 22  Copy the total to line 84

> $ _____ 0 _____

24  Is any of the property listed in Part 5 perishable?

☐ No

☐ Yes

25  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes  Book value _____  Valuation method_____  Current value_____

26  Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No  Go to Part 7

☐ Yes  Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28  Crops—either planted or harvested | $_____ | | $_____ |
| 29  Farm animals  Examples  Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30  Farm machinery and equipment  (Other than titled motor vehicles) | $_____ | | $_____ |
| 31  Farm and fishing supplies, chemicals, and feed | $_____ | | $_____ |
| 32  Other farming and fishing-related property not already listed in Part 6 | $_____ | | $_____ |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85

    $ ☐ 0

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8
    ☒ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desks & Chairs | $ 500 | _____ | $ 300 |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers Printers Fax machines | $ 2500 | _____ | $ 1700 |
| **42. Collectibles** *Examples:* Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects, china and crystal, stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86

    $ 2000

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46   Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No. Go to Part 9
☐ Yes. Fill in the information below

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48   Watercraft, trailers, motors, and related accessories. Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels** | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49   Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51   **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

$    0

52   Is a depreciation schedule available for any of the property listed in Part 8?
     ☒ No
     ☐ Yes

53   Has any of the property listed in Part 8 been appraised by a professional within the last year?
     ☒ No
     ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10

    ☒ Yes. Fill in the information below

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example: acreage, factory, warehouse, apartment<br>or office building), if available | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1   612 Country CMNS Lane Lake Oswego, OR 97034 | Fee Simple | $ | | $   1,300,000 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88     $   1,300,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☒ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No. Go to Part 11

    ☐ Yes. Fill in the information below

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89     $   0

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☒ No. Go to Part 12
   ☐ Yes. Fill in the information below

| | | | | Current value of debtor's interest |

71. Notes receivable
   Description (include name of obligor)
   _____ _____ − _____ = → $ _____
                               Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)
   Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| _____ | | Tax year _____ | $ _____ |
| _____ | | Tax year _____ | $ _____ |
| _____ | | Tax year _____ | $ _____ |

73. Interests in insurance policies or annuities
   _____                                   $ _____

74. Causes of action against third parties (whether or not a lawsuit has been filed)
   _____                                   $ _____
   Nature of claim    _____
   Amount requested   $ _____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
   _____                                   $ _____
   Nature of claim    _____
   Amount requested   $ _____

76. Trusts, equitable or future interests in property
   _____                                   $ _____

77. Other property of any kind not already listed  Examples: Season tickets, country club membership
   _____                                   $ _____
   _____                                   $ _____

78. Total of Part 11.
   Add lines 71 through 77. Copy the total to line 90.                $  0

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $_____0 | |
| 81 Deposits and prepayments. *Copy line 9, Part 2* | $_____0 | |
| 82 Accounts receivable. *Copy line 12, Part 3* | $_____0 | |
| 83 Investments. *Copy line 17, Part 4* | $_____0 | |
| 84 Inventory. *Copy line 23, Part 5* | $_____0 | |
| 85 Farming and fishing-related assets. *Copy line 33, Part 6* | $_____0 | |
| 86 Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7* | $_____2,000.00 | |
| 87 Machinery, equipment, and vehicles. *Copy line 51, Part 8* | $_____ | |
| 88 Real property. *Copy line 56, Part 9* → | | $_____1,300,000.00 |
| 89 Intangibles and intellectual property. *Copy line 66, Part 10* | $_____ | |
| 90 All other assets. *Copy line 78, Part 11* | + $_____ | |
| 91 Total. Add lines 80 through 90 for each column. .......... 91a | $_____2,000 | + 91b $_____1,300,000.00 |

92 Total of all property on Schedule A/B. Lines 91a + 91b = 92      $_____1,302,000

Case 23-31327-thp11    Doc 1    Filed 06/20/23

**Fill in this information to identify the case:**

Debtor name ___Country CMNS LLC___

United States Bankruptcy Court for the _____ District of __Oregon__
(State)

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1  Do any creditors have claims secured by debtor's property?
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form
☒ Yes  Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1  Creditor's name**
Shellpoint Mortgage

Describe debtor's property that is subject to a lien
812 Country CMNS Lane Lake Oswego, OR 97034   $ 907,570.25    $ 1,300,000.00

**Creditor's mailing address**
55 Beattie PL, Ste 600
Greenville, SC 29601

Describe the lien

**Creditor's email address, if known**
lossmitigation@shellpointmtg.com

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred  12/26/2017
Last 4 digits of account number  7159

Is anyone else liable on this claim?
☒ No
☐ Yes  Fill out Schedule H  Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes  Specify each creditor, including this creditor, and its relative priority
1 st position Shellpoint MTG
2nd position Agri Portland Real Estate Solutions DBA Portland Constructions told son c/o Darune Maler Law Group PC

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2  Creditor's name**
Portland Real Estate Solutions DBA Portland Construction 1000bold
c/o Darune Malez Law Group PC

Describe debtor's property that is subject to a lien
Real Estate   $ 69,916.24    $ 1,300,000.00

**Creditor's mailing address**
16869 SW 65th AVE No  290
Lake Oswego, OR 97035

Describe the lien
Disputed Construction Lien

**Creditor's email address, if known**

Is the creditor an insider or related party?
☐ No
☒ Yes

Date debt was incurred  June 8th 2020
Last 4 digits of account number  3875

Is anyone else liable on this claim?
☒ No
☐ Yes  Fill out Schedule H  Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes  Have you already specified the relative priority?
☐ No  Specify each creditor, including this creditor, and its relative priority

☐ Yes  The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $ 977,486.49          $ 1,300,000.00

Case 23-31327-thp11   Doc 1   Filed 06/20/23

Debtor _____ County CUTS LLC _____  Case number (if known) _____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |
| | Line 2 __ | __ __ __ __ |

Case 23-31327-thp11    Doc 1    Filed 06/20/23

**Fill in this information to identify the case:**

Debtor     Country CMNS LLC

United States Bankruptcy Court for the:    District of   OREGON
(State)

Case number
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)

   ☒ No. Go to Part 2
   ☐ Yes. Go to line 2

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3**   Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.2**   Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.3**   Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.4**   Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.5**   Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.6**   Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

Case 23-31327-thp11    Doc 1    Filed 06/20/23

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.1 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11 | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5   Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|------------------------|
| 5a  Total claims from Part 1 | 5a | | $_____ 0.00 |
| 5b  Total claims from Part 2 | 5b | + | $_____ 0.00 |
| 5c  Total of Parts 1 and 2  Lines 5a + 5b = 5c | 5c | | $ 0.00 |

Fill in this information to identify the case:

Debtor name    Country CMNS LLC

United States Bankruptcy Court for the _____    District of    OREGON
                                                                          (State)
Case number (if known)    _____    Chapter    11

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B Assets - Real and Personal Property* (Official Form 206A/B)

2. **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest     _____    _____

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract

2.2    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest     _____    _____

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract

2.3    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest     _____    _____

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract

2.4    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest     _____    _____

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract

2.5    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest     _____    _____

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract

Case 23-31327-thp11    Doc 1    Filed 06/20/23

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☒ No  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply |
| 2.1 _____ | _____ <br> Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ <br> Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ <br> Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor Name: COUNTRY CMNS LLC

United States Bankruptcy Court for the _____ District of OREGON
(State)

Case number (if known): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration  ATTACHMENT TO VOLUNTARY PETITION FOR NON INDIVIDUALS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/19/2023
MM / DD / YYYY



x _Linda R Mock_
Signature of individual signing on behalf of debtor

LINDA R MOCK
Printed name

MANAGING MEMBER
Position or relationship to debtor

Shellpoint Mortgage
PO Box 819063 LRM
Dallas, TX 75261

PORTLAND REAL ESTATE SOLUTIONS
DBA PIRTHAND Carpentry CO. LRM
16809 SW 65th CONSTRUCTION AVE 290
LAKE OSWEG OR 97035