**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

June 20, 2023

Clerk, U.S. Bankruptcy Court

BY **jed** DEPUTY

In re
 **Country Cmns LLC**
Debtor(s)

) Case No. **23−31327−thp11**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **6/20/23** has deficiencies.
7 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 7 days of the FILED date of this order.

> **A Corporate Ownership Statement is required to be filed with the Petition or with the first pleading in an Adversary Proceeding by a corporate debtor or party. [Federal Rules of Bankruptcy Procedure 1007 and 7007.1] If filed electronically, the appropriate, separate event must be used ("Corporate Ownership Statement" under the "Miscellaneous" menu)."**

14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

> **Filer is a Non−Individual, and therefore must be represented by an attorney. (Local Bankruptcy Rule 9010−1(c))**

> **A signed Statement of Financial Affairs (Official Form 107 for Individuals; Official Form 207 for Non−Individual).
> (Federal Rules of Bankruptcy Procedure 1007 & 1008)**

> **A Chapter 11 Statement of Your Current Monthly Income must be filed on the current version of Official Form 122B and must be fully completed and signed.**

> **− Official and Local Forms may be obtained from this Court's website at www.orb.uscourts.gov (Local Bankruptcy Rule 9009−1). For a complete list of petition forms required for Individual Debtors, refer to Local Form 100; for Non−Individual Debtor, refer to Local Form 200.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court